**FILED**
**FEBRUARY 27, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1183**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE DARRAH**
**MAGISTRATE JUDGE COLE**

| In the Matter of | Case Number: |
|---|---|
| Theresa Sandifer v. Freedom Mortgage Corporation, IndyMac Bank, F.S.B., and Deutsche Bank National Trust Company | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Theresa Sandifer

**J. N.**

| NAME (Type or print) |
|---|
| Lloyd J. Brooks |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Lloyd Brooks |
| FIRM |
| The Brooks Law Firm |
| STREET ADDRESS |
| 15008 Woodlawn Avenue |
| CITY/STATE/ZIP |
| Dolton, Illinois 60419 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6271994 | (708) 841-8000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐