## United States District Court for the Northern District of Illinois

Case Number: 08cv1183      Assigned/Issued By: J. N.

Judge Name: DARRAH      Designated Magistrate Judge: COLE

### FEE INFORMATION

*Amount Due:*    ☑ $350.00    ☐ $39.00    ☐ $5.00
             ☐ IFP        ☐ No Fee    ☐ Other _____
             ☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350      Receipt #: 2568933

Date Payment Rec'd: 2-27-08      Fiscal Clerk: J. N.

### ISSUANCES

☑ Summons      ☐ Alias Summons

☐ Third Party Summons      ☐ Lis Pendens

☐ Non Wage Garnishment Summons      ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____
                                          _____
                                          (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

__3__ Original and __0__ copies on __2-27-08__ as to __ALL DEFENDANTS__
                                        (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05