UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THERESA SANDIFER, ) | CASE NO. 08 C 1183 |
| ) | |
| Plaintiff, ) | Judge Darrah |
| ) | |
| -vs- ) | |
| ) | |
| FREEDOM MORTGAGE CORPORATION, ) | |
| a New Jersey Corporation; ) | |
| INDY MAC BANK, F.S.B., a Federal ) | |
| Savings Bank; and, ) | |
| DEUTSCHE BANK NATIONAL ) | |
| TRUST COMPANY, a National Trust Company, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE PLEAD**

COMES NOW Freedom Mortgage Corporation, by and through counsel, and for its Motion for Extension of Time to Answer or Otherwise Plead states as follows:

1. The undersigned counsel has been recently retained to represent Freedom Mortgage Corporation in connection with the above-captioned lawsuit.

2. Due to the voluminous documents and multiple bases for relief requested, Freedom Mortgage requests an additional twenty (20) days to answer or otherwise plead.

3. Counsel for plaintiff has agreed to the continuance.

WHEREFORE, Freedom Mortgage Corporation respectfully requests the Court grant it an additional twenty (20) days to answer otherwise plead and for any further relief that this Court deems just under the circumstances.

                        Dressler l Peters, LLC,

By:    /s/ Dennis Dressler
        Dennis Dressler, Esq. (IL Number 6271183)
        Dressler l Peters, LLC
        111 West Washington Street, Suite 1900
        Chicago, IL  60601
        Telephone: (312) 602-7360
        Facsimile: (312) 637-9378
        Email: ddressler@dresslerpeters.com