STATE OF ILLINOIS     )
                      )SS
COUNTY OF COOK        )

### AFFIDAVIT OF SERVICE

The undersigned, a non-attorney, being first duly sworn on oath, deposes and says that she caused a correct copy of Freedom Mortgage Corporation's **Motion for Extension of Time to Answer or Otherwise Plead**, to be served upon defendant/counsel at the address set forth below:

Mr. Lloyd Brooks
The Brooks Law Firm
15028 Woodlawn Avenue
Dolton, IL 60419

via facsimile to fax number 708/849-1398, and via first class mail, with proper postage prepaid, on this 16th day of May, 2008.

By: _____
Natalie Vizzini

SUBSCRIBED AND SWORN to before me

this 16th day of May, 2008.

_____
Notary Public

OFFICIAL SEAL
MARIAN WILLIAMSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-5-2011