UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THERESA SANDIFER, | ) | CASE NO. 08 C 1183 |
| | ) | |
| Plaintiff, | ) | Judge Darrah |
| | ) | |
| -vs- | ) | |
| | ) | |
| FREEDOM MORTGAGE CORPORATION, | ) | |
| a New Jersey Corporation; | ) | |
| INDY MAC BANK, F.S.B., a Federal | ) | |
| Savings Bank; and, | ) | |
| DEUTSCHE BANK NATIONAL | ) | |
| TRUST COMPANY, a National Trust Company, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This cause coming to be heard on Freedom Mortgage Corporation's Motion for Extension of

Time to Answer or Otherwise Plead, the Court being advised in the premises, IT IS HEREBY

ORDERED:

1. That Freedom Mortgage Corporation's Motion for Extension of Time to Answer or

   Otherwise Plead is granted; and

2. That Freedom Mortgage Corporation's Answer is due on or before June 5, 2008.


Entered:     _____
             Honorable Judge Darrah

Dated:       _____

Prepared by:
Dennis A. Dressler
Dressler I Peters, LLC
111 W. Washington, Suite 1900
Chicago, IL 60602
312/602-7360
312/637-9378 (Fax)