UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THERESA SANDIFER, ) | CASE NO. 08 C 1183 |
| ) | |
| Plaintiff, ) | Judge Darrah |
| ) | |
| -vs- ) | |
| ) | |
| FREEDOM MORTGAGE CORPORATION, ) | |
| a New Jersey Corporation; ) | |
| INDY MAC BANK, F.S.B., a Federal ) | |
| Savings Bank; and, ) | |
| DEUTSCHE BANK NATIONAL ) | |
| TRUST COMPANY, a National Trust Company, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To: Mr. Lloyd Brooks
The Brooks Law Firm
15028 Woodlawn Avenue
Dolton, IL 60419

PLEASE TAKE NOTICE that on the 20th day of May, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Darrah, or any judge sitting in his stead, presiding in Courtroom 1203, 219 S. Dearborn, Chicago, Illinois, and then and there present Freedom Mortgage Corporation's **Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is attached hereto and herewith served upon you.

Dressler l Peters, LLC,

By: /s/ Dennis Dressler
Dennis Dressler, Esq. (IL Number 6271183)
Dressler l Peters, LLC
111 West Washington Street, Suite 1900
Chicago, IL 60601
Telephone: (312) 602-7360
Facsimile: (312) 637-9378
Email: ddressler@dresslerpeters.com