IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THERESA SANDIFER,        ) | |
|           Plaintiff,  ) | |
| v.                       ) | |
|                    ) | No.   08 C 1183 |
| FREEDOM MORTGAGE CORPORATION, ) | |
| INDYMAC BANK, F.S.B.,    ) | Judge Darrah |
| DEUTSCHE BANK NATIONAL TRUST ) | Magistrate Judge Cole |
| COMPANY,                 ) | |
|           Defendants.  ) | |

**NOTICE OF FILING**

TO:    See Attached Service List

      On May 29, 2008, I filed with the Clerk of the U.S. District Court, 219 S. Dearborn St., Chicago, IL, the attached ANSWER TO COMPLAINT, a copy of which is hereby served upon you.

                                                    s/Craig C. Smith_____
                                                    Attorney for Defendant
                                                    IndyMac Bank, FSB

Craig C. Smith ARDC # 6238126
Smith & Weik, LLC
19 S. LaSalle St., Suite 601
Chicago, IL  60603
312-895-4560

2

**PROOF OF SERVICE**

      The undersigned certifies, deposes and says upon oath that the undersigned served the above Notice, together with true and accurate copies of the above stated instruments via electronic filing on May 29, 2008.

Signed and Certified:  s/Craig C. Smith

**SERVICE LIST**

Lloyd J. Brooks, Esq.
The Brooks Law Firm
15028 Woodlawn Ave.
Dolton, IL 60419
lloyd.brooks@thebrooksfirm.com


Dennis Dressler, Esq.
Dressler Peters, LLC
111 W. Washington St., Suite 1900
Chicago, IL 60601
ddressler@dresslerpeters.com
kpeters@dresslerpeters.com