# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| THERESA SANDIFER, | ) | Case No.  08 C 1183 |
| | ) | |
| Plaintiff, | ) | Judge John W. Darrah |
| | ) | |
| -vs- | ) | |
| | ) | |
| FREEDOM MORTGAGE CORPORATION, | ) | |
| a New Jersey Corporation; INDY MAC | ) | |
| BANK, F.S.B., a Federal Savings Bank; and, | ) | |
| DEUTSCHE BANK NATIONAL | ) | |
| TRUST COMPANY, a National Trust Company, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Mr. Lloyd Brooks           Mr. Michael J. Weik
      The Brooks Law Firm        Smith Weik & Wutscher, Ltd.
      15028 Woodlawn Avenue      19 S. LaSalle, Suite 601
      Dolton, IL 60419           Chicago, IL 60603

      Mr. Craig C. Smith
      Smith & Weik, LLC
      10 S. LaSalle St. , Suite 3702
      Chicago, IL 60603

PLEASE TAKE NOTICE that on the 5th of June, 2008, I filed with the Clerk of the Circuit Court of Illinois Northern District of Illinois, **Defendant Freedom Mortgage Corporation's Answer to Complaint for Violation of Truth In Lending Act**, copies of which are attached hereto and served upon you.

                                    Dressler l Peters, LLC,

                        By:    /s/ Dennis Dressler
                               Dennis Dressler, Esq. (IL Number 6271183)
                               Dressler l Peters, LLC
                               111 West Washington Street, Suite 1900
                               Chicago, IL  60601
                               Telephone: (312) 602-7360
                               Facsimile: (312) 637-9378
                               Email: ddressler@dresslerpeters.com