STATE OF ILLINOIS    )
                     )SS
COUNTY OF COOK       )

## CERTIFICATE OF SERVICE

I, Marian Williamson, hereby certify that I have served a copy of the foregoing Notice of Filing by ECF Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail or email on the parties listed on the attached list who have filed an appearance or a request for notices, this 5th day of June, 2008.

Mr. Lloyd Brooks                    Mr. Michael J. Weik
The Brooks Law Firm                 Smith Weik & Wutscher, Ltd.
15028 Woodlawn Avenue               19 S. LaSalle, Suite 601
Dolton, IL 60419                    Chicago, IL 60603

Mr. Craig C. Smith
Smith & Weik, LLC
10 S. LaSalle St. , Suite 3702
Chicago, IL 60603


            By:    /s/ Marian Williamson
                   Marian Williamson
                   Paralegal