# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Theresa Sandifer

                       Plaintiff,

v.                                                  Case No.: 1:08−cv−01183
                                                   Honorable John W. Darrah

Freedom Mortgage Corporation, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable John W. Darrah: Status hearing held and continued to 6/25/08 at 9:00 a.m. for scheduling for trial. All outstanding discovery to be turned over by 6/25/08. Plaintiff's counsel is ordered to be present. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.