STATE OF ILLINOIS )
                  )SS
COUNTY OF COOK    )

### CERTIFICATE OF SERVICE

    I, Marian Williamson, a non-attorney hereby certify that I have served a copy of the foregoing **Freedom Mortgage Corporation's Rule 26(a)(1) Disclosures** to the parties at the address set forth below in a properly addressed, post pre-paid envelope by causing same to be deposited in the United States Mail at 111 West Washington Street, Chicago, Illinois 60602 on the 25th day of June, 2008.

Mr. Lloyd Brooks
The Brooks Law Firm
15028 Woodlawn Avenue
Dolton, IL 60419

Mr. Craig C. Smith
Mr. Michael J. Weik
Smith & Weik, LLC
10 S. LaSalle St., Suite 3702
Chicago, IL 60603

By: _____
    Marian Williamson

SUBSCRIBED AND SWORN to before me

this 25th day of June, 2008.

_____
Notary Public

*NOTARY PUBLIC — OFFICIAL SEAL — STATE OF ILLINOIS — NATALIE VIZZINI — MY COMMISSION EXPIRES DECEMBER 17, 2011*

5