# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1183 | **DATE** | 6/25/2008 |
| **CASE TITLE** | Sandifer vs. Freedom Mortgage Corp. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Rule 26(a)(1) disclosures to be completed by 7/9/09. Discovery is ordered closed on 2/27/09. Pretrial conference set for 6/18/09 at 1:30 p.m. Jury trial set for 6/22/09 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|