## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1183 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Theresa Sandifer vs. Freedom Mortgage Corporation, et. al. | | |

**DOCKET ENTRY TEXT**

Enter Case Management Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|