IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THERESA SANDIFER, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | No.　08 C 1183 |
| FREEDOM MORTGAGE CORPORATION, | ) | |
| INDYMAC BANK, F.S.B., | ) | Judge Darrah |
| DEUTSCHE BANK NATIONAL TRUST | ) | Magistrate Judge Cole |
| COMPANY, | ) | |
| Defendants. | ) | |

## CASE MANAGEMENT ORDER

THIS MATTER coming before the Court for Case Management; counsel for the parties having conferred and agreed upon a discovery schedule consistent with the Court's June 25, 208 Order:

IT IS HEREBY ORDERED

A. Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be made by July 9, 2009.

B. All fact discovery shall be commenced in time to be completed by November 21, 2008.

Initial written discovery should be issued by August 29, 2008.

Pleadings to be amended and parties to be joined by September 30, 2008

Rule 26(a)(1) Disclosures to be supplemented by October 10, 2008

Parties to make Rule 26(a)(2) disclosures on or before November 21, 2008

C. Reports from retained experts under Rule 26(a)(2) are due:
　　From Plaintiff by December 31, 2008.
　　From Defendants by January 30, 2009.

Expert discovery to be completed by February 27, 2008 (2009)

D. Dispositive motions should be filed by March 31, 2009.

E. The final pretrial order should be filed on June 1, 2009.

1

F.  A pretrial conference is set for June 18, 2009 at 1:30pm.

G.  Jury Trial is set for June 22, 2009 at 9:00am.

DATE 8-5-08                    Enter: _____
                                      John W. Darrah

s/Lloyd J. Brooks
Attorney for Plaintiff
The Brooks Law Firm
15008 Woodlawn
Dolton, IL 60419

s/Dennis Dressler
Attorney for Freedom Mortgage Corporation
Dressler | Peters, LLC
111 W. Washington St., Suite 1900
Chicago, IL 60602

s/Craig C. Smith
Attorney for IndyMac Bank, FSB and Deutsche Bank
Smith & Weik, LLC
10 S. LaSalle St., Suite 3702
Chicago, IL 60603