IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THERESA SANDIFER**, <br><br> Plaintiff, <br><br> v. <br><br> **FREEDOM MORTGAGE CORPORATION**, a New Jersey corporation; **INDYMAC BANK, F.S.B.**, a federal savings bank; and, **DEUTSCHE BANK NATIONAL TRUST COMPANY**, a national trust company. <br><br> Defendants. | No. 08 C 1183 <br><br> JUDGE DARRAH <br><br> MAGISTRATE JUDGE COLE |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

NOW COMES Plaintiff THERESA SANDIFER, by and through her attorney Lloyd Brooks, to seek leave to file her FIRST AMENDED COMPLAINT in this Court. In support of this motion Plaintiff states as follows:

1. On February 27, 2008 Plaintiff filed this action seeking rescission of a mortgage loan and other relief against the defendants.

2. Plaintiff's original complaint alleged that the home refinance loan was made to her in violation of the federal Truth In Lending Act, 15 U.S.C. §1601, et seq. due to the creditors failure to properly disclose the finance charges for the loan and its interference with Plaintiff's unconditional right to cancel.

3. Plaintiff now seeks leave of Court to file an amended complaint to further allege facts relating to other fees and charges that were not properly disclosed in the finance charges for the loan in violation of TILA. A copy of Plaintiff's proposed amendment is attached hereto as Exhibit A.

4. Plaintiffs are entitled to amend the complaint at this stage. Federal Rule of Civil Procedure 15(a) sets forth that a party may amend their pleadings with leave of Court and such leave shall be freely given when justice so requires.

WHEREFORE Plaintiff Theresa Sandifer respectfully requests this Court grant her leave to file her First Amended Complaint.

|  |  |
|---|---|
| Lloyd J. Brooks<br>The Brooks Law Firm<br>15008 Woodlawn Avenue<br>Dolton, Illinois 60419<br>(708) 849-8000 Telephone<br>(708) 849-8080 Facsimile<br>E-mail: lloyd.brooks@thebrooksfirm.com<br>***Attorney for Theresa Sandifer*** | Respectfully Submitted,<br><br>*/s/ Lloyd Brooks*<br>_____<br>Lloyd Brooks |