IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THERESA SANDIFER,<br><br>Plaintiff,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION, a New Jersey corporation; INDYMAC BANK, F.S.B., a federal savings bank; and, DEUTSCHE BANK NATIONAL TRUST COMPANY, a national trust company.<br><br>Defendants. | )<br>)<br>)<br>) No. 08 C 1183<br>)<br>) JUDGE DARRAH<br>) MAGISTRATE JUDGE COLE<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:  Dennis Dressler, Esq.            Craig C. Smith
     Dressler Peters, LLC             Smith & Weik, LLC
     111 W. Washington, St., Suite 1900   19 S. LaSalle St., Suite 601
     Chicago, Illinois 60601          Chicago, Illinois 60603

PLEASE TAKE NOTICE that on August 21, 2008 at 9:00 a.m. or as soon thereafter as I may be heard, I will appear before Judge John W. Darrah, or any judge sitting in his stead, in Courtroom 1203 of the Dirksen Federal Building located at 219 S. Dearborn, Chicago, Illinois and there and then present **PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**, you may appear and be heard if you wish.

Respectfully Submitted,

/s/ Lloyd Brooks

_____
Attorney for Defendants

Attorney No. 39095
Lloyd Brooks
The Brooks Law Firm
15008 Woodlawn Avenue, First Floor
Dolton, Illinois 60419
(708) 841-8000 Telephone
(708) 841-8080 Facsimile
E-mail: lloyd.brooks@thebrooksfirm.com
***Attorney for Theresa Sandifer***

## Proof of Service

    I, Lloyd J. Brooks, an attorney, certifies and deposes that I served the above Notice, together with copies of the above stated instrument, upon the above named parties via electronic mail on August 8, 2008.

_____
Lloyd J. Brooks