**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Theresa Sandifer
                              Plaintiff,

v.                                                 Case No.: 1:08−cv−01183
                                                 Honorable John W. Darrah

Freedom Mortgage Corporation, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 21, 2008:

      MINUTE entry before the Honorable John W. Darrah:Plaintiff's motion to strike is moot [28]. Plaintiff's motion for leave to file an amended complaint is granted [26]. Responsive pleadings to be filed by 9/11/08. Status hearing set for 9/30/08 at 9:00 a.m. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.