STATE OF ILLINOIS     )
                      ) SS
COUNTY OF COOK        )

## AFFIDAVIT OF SERVICE

The undersigned, a non-attorney, being first duly sworn on oath, deposes and says that she caused a correct copy of the foregoing, **Freedom Mortgage Corporation's First Requests For Production of Documents To Plaintiff Theresa Sandifer,** to be served upon:

Llyod J. Brooks
The Brooks Law Firm
15008 Woodlawn Avenue, Floor One
Dolton, Illinois 60419

Craig C. Smith
Smith & Weik, LLC
10 South LaSalle Street, Suite 3702
Chicago, Illinois 60603

Michael J. Weik
Smith & Weik, LLC
10 South LaSalle Street, Suite 3702
Chicago, Illinois 60603

via first-class mail, with proper postage prepaid, and via United States Mail, on this 29th day of August, 2008.

By: _____
    Marian Williamson

SUBSCRIBED AND SWORN to before me this 29th day of August, 2008.

_____
Notary Public

[Notary Seal: NATALIE VIZZINI, MY COMMISSION EXPIRES DECEMBER 17, 2011, OFFICIAL SEAL, NOTARY PUBLIC STATE OF ILLINOIS]