STATE OF ILLINOIS    )
                     ) SS
COUNTY OF COOK       )

## AFFIDAVIT OF SERVICE

      The undersigned, a non-attorney, being first duly sworn on oath, deposes and says that she caused a correct copy of the foregoing, **Freedom Mortgage Corporation's First Set Of Interrogatories To Plaintiff Theresa Sandifer,** to be served upon:

Llyod J. Brooks
The Brooks Law Firm
15008 Woodlawn Avenue, Floor One
Dolton, Illinois 60419

Craig C. Smith
Smith & Weik, LLC
10 South LaSalle Street, Suite 3702
Chicago, Illinois 60603

Michael J. Weik
Smith & Weik, LLC
10 South LaSalle Street, Suite 3702
Chicago, Illinois 60603

via first-class mail, with proper postage prepaid, and via United States Mail, on this 29th day of August, 2008.

By: _____
                Marian Williamson

SUBSCRIBED AND SWORN to before me this 29th day of August, 2008.

_____
Notary Public

*[Notary Seal: NATALIE VIZZINI, MY COMMISSION EXPIRES DECEMBER 17, 2011]*