# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| THERESA SANDIFER, | ) | Case No. 08 C 1183 |
| | ) | |
| Plaintiff, | ) | Judge John W. Darrah |
| | ) | |
| -vs- | ) | |
| | ) | |
| FREEDOM MORTGAGE CORPORATION, | ) | |
| a New Jersey Corporation; INDY MAC | ) | |
| BANK, F.S.B., a Federal Savings Bank; and, | ) | |
| DEUTSCHE BANK NATIONAL | ) | |
| TRUST COMPANY, a National Trust Company, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Mr. Lloyd Brooks
      The Brooks Law Firm
      15028 Woodlawn Avenue
      Dolton, IL 60419

      Mr. Craig C. Smith
      Smith & Weik, LLC
      10 S. LaSalle St. , Suite 3702
      Chicago, IL 60603

PLEASE TAKE NOTICE that on the 11th day of September, 2008, I filed with the Clerk of the Northern District of Illinois, Eastern Division, **Freedom Mortgage Corporation's Answer and Affirmative Defenses to Amended Complaint**, a copy of which is attached hereto and served upon you.

                                   Dressler l Peters, LLC,

                        By:   /s/ Dennis Dressler
                              Dennis Dressler, Esq. (IL Number 6271183)
                              Dressler l Peters, LLC
                              111 West Washington Street, Suite 1900
                              Chicago, IL  60601
                              Telephone: (312) 602-7360
                              Facsimile: (312) 637-9378
                              Email: ddressler@dresslerpeters.com