STATE OF ILLINOIS      )
                       )SS
COUNTY OF COOK         )

## CERTIFICATE OF SERVICE

I, Natalie Vizzini, a non-attorney hereby certify that I have served a copy of **Freedom Mortgage Corporation's Answer and Affirmative Defenses to Amended Complaint** to the parties at the address set forth below, via first class mail, with proper postage prepaid, on this 11th day of September, 2008.

Mr. Lloyd Brooks
The Brooks Law Firm
15028 Woodlawn Avenue
Dolton, IL 60419

Mr. Craig C. Smith
Mr. Michael J. Weik
Smith & Weik, LLC
10 S. LaSalle St., Suite 3702
Chicago, IL 60603

By: _____
Natalie Vizzini

SUBSCRIBED AND SWORN to before me

this 11th day of September, 2008.

_____
Notary Public

OFFICIAL SEAL
MARIAN WILLIAMSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-5-2011